

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00290-CV

**PARRISH & CO., INC.** and East Point Installers, Inc.,
Appellants

v.

Vincent **POLIDORE**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-11827
Honorable Cynthia Marie Chapa, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED, and the cause is REMANDED to the trial court with instructions to render an order compelling the parties to this appeal to arbitrate their disputes.

SIGNED April 20, 2022.

_____
Lori I. Valenzuela, Justice